UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Nicholas Travon Edwards          Docket No. 5:20-CR-262-1M

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Nicholas Travon Edwards, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on January 5, 2021, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. On June 20, 2024, pursuant to 18 U.S.C § 3582(c)(2), the term of imprisonment was reduced to 65 months.

Nicholas Travon Edwards was released from custody on September 24, 2024, at which time the term of supervised release commenced. On January 9, 2025, a Violation Report was filed advising of a positive urinalysis on December 19, 2024. The defendant was continued in substance abuse counseling and the Surprise Urinalysis Program (SUP) and no court action was taken.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 15, 2025, Edwards tested positive for marijuana. The urinalysis results were confirmed positive by Alere Toxicology Services, Inc.; however, the defendant initially denied any continued drug use since his last positive urinalysis on December 19, 2024. Upon further inquiry by this probation officer, the defendant eventually admitted to smoking marijuana while "preparing for a funeral," in order to cope with the death of a family friend. He admitted to smoking marijuana on more than one occasion, which is what he had previously noted, and advised he last used marijuana on December 28, 2024. An Admission Form was signed by Edwards.

Based on the defendant's continued drug use, it is recommended that he be continued in substance abuse counseling and the Surprise Urinalysis Program (SUP). Furthermore, as a sanction for his continued drug use and lack of honesty with this probation officer, a 60-day period of Location Monitoring (Curfew) is also recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Nicholas Travon Edwards
Docket No. 5:20-CR-262-1M
Petition for Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: January 22, 2025

ORDER OF THE COURT

Considered and ordered this 27th day of January, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge